

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-18-01116-CV |
| Trial Court Cause Number: | 1107901 |
| Style: | Diane Smith and John Fernandez |
| | **v.** Houston Direct Auto |
| Date motion filed*: | February 7, 2020 |
| Type of motion: | Extension of Time to File Motion for Rehearing |
| Party filing motion: | Appellants |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 3, 2020 |
| Number of previous extensions granted: | 1 |
| Date Requested: | April 3, 2020 |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **March 16, 2020**

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/Sherry Radack
        ☑ Acting individually     ☐ Acting for the Court

Date: March 5, 2020